lant.— Judgment and order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Application of the Estate of GIUSEPPE L. MAGGIO, Also Known as GIUSEPPE L. MAGGIO DI GERACI, Deceased, to Revoke the Letters of Administration Issued to MARIA VANACORE under the Name of "MARIA VANCORE MAGGIO," and to Grant Letters of Administration to ROSARIO MAGGIO upon the Estate of Said Deceased.— Motion to dismiss appeal granted unless the appellant procure the record on appeal to be filed on or before December 10, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANNA L. REITER v. STEIN & BLAINE, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appeal is argued or submitted on December 18, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSE FISHMAN and LOUIS FISHMAN v. THE BROOKLYN JEWISH CENTER, INC.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HEE'S GARAGE, INC., v. TRIEPORT REALTY CO., INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed on or before January 12, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

M. STANLEY TWEEDIE v. SUBMARINE BOAT CORPORATION and TRANSMARINE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed on or before December 15, 1931, with notice of argument for January 5, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of EDWARD J. MCNAMARA against EDWARD P. MULROONEY, as Police Commissioner of the City of New York.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ANNA WALKER and Another against JOHN R. VOORHIS and Others.— Motion to dismiss appeal denied with leave to renew if the appeal be not prosecuted with the utmost diligence from now on. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of GEORGE H. WALDRON v. DANIEL EPSTEIN.— Motion to dismiss appeal denied on condition that appellant procure the record on appeal to be filed on or before December 21, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of GEORGE H. WALDRON v. KRAGUS REALTY CO., INC.— Motion to dismiss appeal denied on condition that appellant procure the record on appeal to be filed on or before December 21, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN M. HAFFEN v. CLARISSA R. MORAN. B. ALTMAN & CO., Appellant.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Summary Proceedings to Compel JOSEPH LINDE, Attorney at Law, to Turn over Certain Moneys and Papers, Belonging to REBECCA B. APPEL and REBECCA APPEL, as Administratrix, etc., of ABRAHAM BEITLER, Deceased, and to Execute a Substitution of Attorneys.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record